M. P. No. 74-177. KEITH OLSEN *v.* JAMES W. MULLEN, *Warden.* Pro se motion for admission to bail pending trial for murder denied. *Keith Olsen,* petitioner, pro se. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for respondent.

APPEAL No. 74-235. R. A. B. REALTY, INCORPORATED *v.* NISHAN SERABIAN *et al.* Motion of defendants to affirm judgment below pursuant to Rule 16 (g) denied. *Jackvony & De Conti, Daniel J. Donovan,* for plaintiff. *Joseph F. Penza, Jr.,* for defendants.

APPEAL No. 74-275. GLORIA CORONA *et al. v.* ROBERT F. BURNS *et al.* Motion to consolidate instant case with case of *Chase* v. *Burns,* 114 R. I. 910, 329 A.2d 404 (1974), is granted. Motion for special assignment is granted, and the matter is assigned to the calendar for Monday, February 3, 1975, for hearing on the merits. *Anthony R. Berretto,* for plaintiffs-appellees. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, *Maurice W. Hendel,* for defendants-appellants.

APPEAL No. 74-283. BARBARA S. CHASE *et al. v.* ROBERT F. BURNS *et al.* Motion to consolidate instant case with case of *Corona* v. *Burns,* 114 R. I. 910, 329 A.2d 405 (1974), is granted. Motion for special assignment is granted, and the matter is assigned to the calendar for Monday, February 3, 1975, for hearing on the merits. *James J. Mullen,* for plaintiffs-appellees. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, *Maurice W. Hendel,* for defendants-appellants.